**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:23-cv-24565-MORENO/Becerra**

**SHANNON OWENS,**

**Plaintiff,**

**v.**

**UNIVERSITY OF MIAMI,**

**Defendant.**
_________________________________________/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION**
**OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendant, University of Miami (the "University"), by and through undersigned counsel, respectfully requests a five-day extension of time to file its reply in support of its Motion to Dismiss Plaintiff's Amended Complaint (the "Motion") (D.E. 3). In support hereof, the University states as follows:

1. On December 11, 2023, the University filed the Motion. (D.E. 3.)

2. On December 27, 2023, Plaintiff filed her Response in Opposition to the Motion. (D.E. 6.)

3. Under applicable rules, the University's Reply is due on or before January 3, 2024.

4. Due to obligations in other matters and out-of-office travel over the recent holidays, counsel for the University requires a five-day extension of time to prepare its Reply. The new deadline would be January 8, 2024.

5. Counsel for the University has conferred with Plaintiff's counsel, who does not oppose the requested extension.

6. This request for an extension is made in good faith and not for purposes of delay. Further, no other Court deadlines would be affected by the brief extension.

7. Pursuant to S.D. Fla. Local Rule 7.1(a)(2), a proposed order is submitted herewith.

WHEREFORE, the University respectfully requests that the Court (1) grant the University a five-day extension of time, through and including January 8, 2024, to file its Reply; and (2) grant such further relief as the Court deems just and appropriate under the circumstances.

**CERTIFICATE OF CONFERENCE**

Pursuant to S.D. Fla. L.R. 7.1(a)(3), I hereby certify that, on January 2, 2024, counsel for the University conferred with Plaintiff's counsel via e-mail regarding the relief requested in this Motion. Plaintiff does not oppose the requested relief.

By: /s/ Christopher M. Yannuzzi
Christopher M. Yannuzzi

Respectfully submitted,

**ISICOFF RAGATZ**
601 Brickell Key Drive, Suite 750
Miami, Florida 33131
Tel.: (305) 373-3232
Fax: (305) 373-3233

By: /s/ Christopher M. Yannuzzi
Eric D. Isicoff
Florida Bar No. 372201
Isicoff@irlaw.com
Teresa Ragatz
Florida Bar No. 545170
Ragatz@irlaw.com
Christopher M. Yannuzzi
Florida Bar No. 92166
Yannuzzi@irlaw.com

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF this 2nd day of January, 2024, upon the following:

Reid Levin
Reid Levin, PLLC
P.O. Box 880682
Boca Raton, Florida 33488
Tel.: (561) 866-6089
E-mail: reid@reidlevinpllc.com
E-mail: reid.e.levin@gmail.com

By: /s/ Christopher M. Yannuzzi
Christopher M. Yannuzzi