UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24565-CIV-MORENO

SHANNON OWENS,

    Plaintiff,

vs.

UNIVERSITY OF MIAMI,

    Defendant.
_____/

## ORDER STAYING DISCOVERY

THIS CAUSE came before the Court upon the hearing in Open Court on June 6, 2024.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that discovery is STAYED until further order of the Court.

DONE AND ORDERED in Open Court at Miami, Florida, this ___6th___ of June 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record