UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-24565-MORENO

SHANNON OWENS,

    Plaintiff,

v.

UNIVERSITY OF MIAMI,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Shannon Owens, and Defendant, University of Miami, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of this case with prejudice. Each party shall bear her/its own attorneys' fees and costs.

Respectfully submitted this 2nd day of July, 2024,

| | |
|---|---|
| **Reid Levin, PLLC**<br>P.O. Box 880682<br>Boca Raton, Florida 33488<br>Tel.: (561) 866-6089<br><br>By: /s/ Reid Levin<br>    Reid Levin<br>    Florida Bar No. 1038933<br>    reid@reidlevinpllc.com<br>    reid.e.levin@gmail.com<br><br>*Counsel for Plaintiff* | **Isicoff Ragatz**<br>601 Brickell Key Drive, Suite 750<br>Miami, Florida 33131<br>Tel.: (305) 373-3232<br>Fax: (305) 373-3233<br><br>By: /s/ Christopher M. Yannuzzi<br>    Eric D. Isicoff<br>    Florida Bar No. 372201<br>    Isicoff@irlaw.com<br>    Teresa Ragatz<br>    Florida Bar No. 545170<br>    Ragatz@irlaw.com<br>    Christopher M. Yannuzzi<br>    Florida Bar No. 0092166<br>    Yannuzzi@irlaw.com<br><br>*Counsel for Defendant* |